UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LANITA CRISWELL and LASHEENA NEAL, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FROST BANK<br><br>*Defendant.* | Civil Action No. 5:24-cv-00327-XR |

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in which the Parties stipulate to the dismissal of this case, without prejudice. The premises considered, now therefore, it is ORDERED: that all claims and causes of action brought by and between Plaintiffs, Lanita Criswell and Lasheena Neal, on behalf of themselves and all others similarly situated, and Defendant, Frost Bank in the above-captioned Cause are hereby dismissed without prejudice to re-filing same or any part thereof, with each party to bear its own costs and attorney's fees.

SIGNED this 14 day of March, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT COURT JUDGE